UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:19cv20390

ALLEN PECK,

    Plaintiff,

v.

CELEBRITY CRUISES, INC.

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Undersigned counsel for the Plaintiff, ALLEN PECK, hereby gives notice to this Court that all claims pertaining to this action against Defendant, CELEBRITY CRUISES, INC., have been amicably resolved.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on **7th** of November, 2019, a true and correct copy of the foregoing document was filed with the Clerk of Court using the Florida Courts e-Filing Portal which will send an automatic e-mail message to all parties who have registered with the e-Filing Portal.

    HALPERN SANTOS & PINKERT, P.A.
    150 Alhambra Circle
    Suite 1100
    Coral Gables, FL  33134
    Phone: (305) 445-1111
    Fax:    (305) 445-1169
    Email:  ian@hsptrial.com

    By:   s/ Ian D. Pinkert
        IAN D. PINKERT, ESQUIRE
        Florida Bar No.: 84572